BRIAN H GETZ, ESQ. (CSBN 85593)
LAW OFFICES OF BRIAN H GETZ
44 Montgomery Street, Suite 3850
San Francisco, CA 94104
Telephone: (415) 912-5886
Facsimile: (415) 438-2655

Attorney for Defendant
EMILY KATHERINE WEITZEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>PETER DANIEL COLLINS, EMILY KATHERINE WEITZEL, and DANIEL IVAN PORTER<br><br>Defendants. | Case No. CR 07-0045 SI<br><br>**[PROPOSED] ORDER WAIVING APPEARANCE OF EMILY KATHERINE WEITZEL AT STATUS CONFERENCE** |

GOOD CAUSE APPEARING THEREFORE, it is hereby ordered that Defendant Emily Katherine Weitzel's request for waiver of appearance at the Status Conference on March 23, 2007 is granted.

IT IS SO ORDERED.

_____
Honorable Susan Illston
United States District Court Judge

[PROPOSED] ORDER WAIVING APPEARANCE OF EMILY KATHERINE WEITZEL AT STATUS CONFERENCE
(CASE NO. CR 07-0045 SI)